UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LEWIS SHELL, )<br>)<br>Petitioner, )<br>v. )<br>)<br>STANLEY KNIGHT, )<br>)<br>Respondent. ) | No. 2:10-cv-29-WTL-TAB |

**Entry Discussing Petition for Writ of Habeas Corpus**

      Lewis Shell seeks in relation to the prison disciplinary proceeding identified as No. ISR 07-11-0215, in which it was determined that Shell had violated prison rules by committing attempted trafficking, can be issued only if the court finds that he "is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Because he has not made such a showing, his petition for a writ of habeas corpus must be **denied.** The reason for this disposition is that the pleadings and the expanded record show that (1) the procedural protections required by *Wolff v. McDonnell,* 418 U.S. 539 (1974), were provided, (2) there was at least "some evidence" to support the decision of the conduct board as required by *Superintendent of Walpole v. Hill,* 472 U.S. 445 (1985); *Webb v. Anderson,* 224 F.3d 649, 652 (7th Cir. 2000) (even "meager" proof is sufficient); and (3) the proceedings were not otherwise tainted by prejudicial error. The conduct board did make a specific and sufficient determination of the reliability of the confidential information on which it relied. *See, e.g., Wells v. Israel,* 854 F.2d 995, 998-99 (7th Cir. 1988); *Dawson v. Smith,* 719 F.2d 896, 899 (7th Cir. 1983).

      "The touchstone of due process is protection of the individual against arbitrary action of the government." *Wolff,* 418 U.S. at 558. There was no arbitrary action in any aspect of the charge, disciplinary proceeding, or sanctions involved in the events identified in this action, and there was no constitutional infirmity in the proceeding which entitles Shell to the relief he seeks. Accordingly, Shell's petition for a writ of habeas corpus must be **denied** and the action dismissed. Judgment consistent with this Entry shall now issue.

      **IT IS SO ORDERED.**

Date: 07/26/2010

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana